IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 620-070 |
| $5,585.00 U.S. CURRENCY, | * | |
| Defendant, and | * | |
| HERNAN HERNANDEZ MEDINA, | * | |
| Claimant. | * | |

ORDER

The Court previously entered an Order directing the Clerk to return $3,144.00 to Claimant. (Doc. 30.) The Court hereby **AMENDS** its previous Order. The United States **SHALL** release $3,144.00 of Defendant Currency and return it to Claimant. The Clerk is no longer directed to release the funds to Claimant. All other aspects of the Court's previous Order remain in effect. (Doc. 30.)

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1